UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED VICTOR TALAMINI,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY SHERIFFS DEPARTMENT, et al.,<br><br>Defendants. | Case No. 17-cv-04667-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

On August 14, 2017, Plaintiff, then an inmate at the Santa Clara County Jail, filed this *pro se* civil rights complaint under 42 U.S.C. § 1983. On January 17, 2018, the Court dismissed Plaintiff's complaint with leave to amend. Docket No. 7. On January 29, 2018, the Court's January 17, 2018 order was returned as undeliverable with a notation that Plaintiff was not in custody ("NIC"). Docket No. 9. As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly,

the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: 4/2/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge