UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED VICTOR TALAMINI,<br><br>  Plaintiff,<br><br> v.<br><br>SANTA CLARA COUNTY SHERIFFS DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 17-cv-04667-HSG (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/2/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge